FILED
CLERK, U.S. DISTRICT COURT

JAN 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SUH, | No. SACV 07-00077-CJC(CT) |
| Petitioner, | JUDGMENT |
| v. | |
| KEN CLARK, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and the case is dismissed with prejudice.

DATED: January 8, 2008

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE